IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL FILE NO. |
| v. | 1:13-CR-0441-TCB |
| QADIR SHABAZZ, | |
| Defendant. | |

## ORDER AMENDING THE JUDGMENT AND COMMITMENT

This matter came before the Court on January 5, 2017 for sentence.

The Judgment on Page 2 of 6 ("Imprisonment") should read as follows:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SIXTY (60) MONTHS as to Count 1; ONE HUNDRED NINETY-THREE (193) MONTHS as to each of Counts 2-16, to be served concurrent to each other and all to be served consecutively with Count 1; TWENTY-FOUR (24) MONTHS as to each of Counts 17-31, to be served concurrent to each other and all to be served consecutively to Counts 1-16; and ONE HUNDRED TWENTY (120) MONTHS as to each of Counts 32 and 33, to be served concurrent to each other and concurrent to all other Counts, for a TOTAL of TWO HUNDRED SEVENTY-SEVEN (277) MONTHS**; all to be served concurrent with the Pennsylvania sentence given to this defendant.

It is further ORDERED that the judgment remain the same in every other respect.

The Clerk shall serve a copy of this Order upon Defendant, her counsel, the Probation Office, the United States Attorney, and the United States Marshal.

**SO ORDERED** this 10th day of January, 2017.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

2